United States Bankruptcy Court
District of Oregon

In re:                                                                                  Case No. 26-60408-tmr
Jonathan Gray                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6           User: Admin.           Page 1 of 2
Date Rcvd: Feb 20, 2026       Form ID: OD2         Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Gray, 4532 Park Ridge Dr #1515, Medford, OR 97504-9141 |
| 102953094 | + | Southern Oregon Credit Service, 841 Stewart Ave #1, Medford OR 97501-4091 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Feb 20 2026 23:59:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Feb 21 2026 04:48:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Feb 20 2026 23:59:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Feb 20 2026 23:45:43 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102953088 | + | Email/Text: bankruptcy@bmo.com | Feb 21 2026 00:00:00 | Bank of the West, POB 2180, Omaha NE 68103-2180 |
| 102953089 | + | EDI: CAPITALONE.COM | Feb 21 2026 04:48:00 | Capital One, POB 31293, Salt Lake City UT 84131-0293 |
| 102953090 | | Email/Text: BNSFS@capitalsvcs.com | Feb 20 2026 23:59:00 | CCS/First Savings Bank, POB 5019, Sioux Falls SD 57117 |
| 102953091 | + | Email/Text: bankruptcy@kikoff.com | Feb 20 2026 23:59:00 | Kikoff Lending LLC, 633 Folsom St #300, San Francisco CA 94107-3600 |
| 102953092 | + | EDI: CITICORP | Feb 21 2026 04:48:00 | Macys/CBNA, POB 6789, Sioux Falls SD 57117-6789 |
| 102953095 | | EDI: SYNC | Feb 21 2026 04:48:00 | SYNCB/Lowes, POB 669807, Dallas TX 75266-0759 |
| 102953093 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 20 2026 23:59:00 | Shellpoint Mortgage Servicing, POB 650840, Dallas TX 75265-0840 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

| | | |
|---|---|---|
| District/off: 0979-6 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Feb 20, 2026 | Form ID: OD2 | Total Noticed: 13 |

## **NOTICE CERTIFICATION**

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026        Signature:        /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**February 20, 2026**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature: Thomas M Renn]*

**U.S. Bankruptcy Judge**

OD2 (10/1/21) dcm

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Jonathan Gray,** xxx–xx–7256
Debtor(s)

Case No. **26–60408–tmr7**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**The debtor was barred from filing a petition in case 25–61420–tmr13.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

###